# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| AMANDA HETTINGA,<br><br>    Plaintiff,<br><br>v.<br><br>THE KROGER CO.,<br><br>    Defendant. | Civil Action No.:<br><br>5:21-cv-00079-MTT |

## STIPULATION OF DISMISSAL

COME NOW, Plaintiff Amanda Hettinga and Defendant The Kroger Co., by and through the undersigned counsel, and hereby stipulate to the **DISMISSAL** of this case **WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party bearing its own attorney's fees and costs. The Parties further request that the Clerk of Court mark this case as **CLOSED**.

Respectfully submitted, this 11th day of March, 2022.

| | |
|---|---|
| /s/ Kenneth E. Barton III<br>KENNETH E. BARTON III<br>Georgia Bar No. 301171<br>*Attorney for Plaintiff*<br><br>COOPER, BARTON & COOPER, LLP<br>170 College Street<br>Macon, Georgia 31201<br>(478) 841-9007 telephone<br>(478) 841-9002 facsimile<br>keb@cooperbarton.com | /s/ Aaron Holt<br>*With Express Permission*<br>DAVID L. BARRON<br>Texas Bar No. 00798051<br>AARON HOLT<br>Texas Bar No. 24058545<br>*Attorneys for Defendant*<br><br>**COZEN O'CONNOR, P.C.**<br>LyondellBasell Tower<br>1121 McKinney, Suite 2900<br>Houston, Texas 77010<br>(713) 750-3132 telephone<br>(832) 214-3905 facsimile<br>dbarron@cozen.com<br>aholt@cozen.com |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing STIPULATION OF DISMISSAL to the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to the following counsel of record, who are CM/ECF upon:

<div style="display: flex;">

Danielle C. Le Jeune, Esq.
Cozen O'Connor
The Promenade, Suite 400
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
dlejeune@cozen.com

David L. Barron, Esq.
Aaron Holt, Esq.
Cozen O'Connor
1221 McKinney, Suite 2900
Houston, Texas 77010
dbarron@cozen.com
aholt@cozen.com

</div>

*Attorneys for Defendant*

This 11th day of March, 2022.

KENNETH E. BARTON III
Georgia Bar No. 301171
*Attorney for Plaintiff*

COOPER, BARTON & COOPER, LLP
170 College Street
Macon, Georgia 31201
Telephone: (478) 841-9007
Facsimile: (478) 841-9002
keb@cooperbarton.com